IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN B. WINEBURGH and RACHEL SILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAXON INTERNATIONAL, LLC and BRADEN RICHTER,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 18-3966 |

## **ORDER**

**AND NOW**, this 20th day of March, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 9), Plaintiffs' Response (ECF No. 10), Defendants' Reply (ECF No. 11) and Plaintiffs' Sur-Reply (ECF No. 14), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.