IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN B. WINEBURGH and RACHEL SILL,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JAXON INTERNATIONAL, LLC and BRADEN RICHTER,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 18-3966 |

## ORDER

**AND NOW**, this 21st day of August, 2019, upon consideration of Plaintiffs' Motion to Dismiss Amended Counterclaims (ECF No. 23), Defendants' Response and Motion for Leave to File a Second Amended Counterclaim (ECF No. 25) and Plaintiffs' Reply (ECF No. 26), it is hereby **ORDERED** that the Motion to Dismiss Amended Counterclaims is **GRANTED** and the Motion for Leave to File a Second Amended Counterclaim is **DENIED**. Defendants' Counterclaims are **DISMISSED with prejudice**.

                  BY THE COURT:


                  ***/s/ Gerald J. Pappert***
                  GERALD J. PAPPERT, J.