IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN B. WINEBURGH and RACHEL SILL, *Plaintiffs,* v. JAXON INTERNATIONAL, LLC and BRADEN RICHTER, *Defendants.* | CIVIL ACTION NO. 18-3966 |

## ORDER

**AND NOW**, this 27th day of April 2020, upon consideration of Plaintiffs' Motion to Amend the Complaint and Add Coda Industries, LLC as a Defendant (ECF No. 42), Plaintiff's Proposed Amended Complaint (ECF No. 42-3), Defendants' Response (ECF No. 48) and Plaintiffs' Reply (ECF No. 49), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part:

1. Plaintiffs may file an Amended Complaint that includes Coda Industries as an additional Defendant;

2. Plaintiffs' Amended Complaint may include a claim against Coda Industries for breach of implied warranty of merchantability, as alleged in Count IV of the Proposed Amended Complaint;

3. Plaintiffs shall not include in their Amended Complaint:

    a. Any claim against Coda Industries for violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law;[1] and

---

[1] Count I of the Proposed Amended Complaint.

      b.    Any claim against any Defendant for civil conspiracy or alter ego / single entity liability;[2]

4. Plaintiffs may file an Amended Complaint consistent with this Order and its accompanying Memorandum on or before Friday, May 8, 2020.

          BY THE COURT:

          */s/ Gerald J. Pappert*
          GERALD J. PAPPERT, J.

---

[2] Counts V and VI of the Proposed Amended Complaint.